THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* ED COOK, Plaintiff in Error.

*Opinion filed February 16, 1927.*

CRIMINAL LAW—*when judgment must be affirmed for want of bill of exceptions.* Where the alleged errors relied upon by the plaintiff in error relate only to the admission of evidence, the giving and refusing of instructions and the sufficiency of the evidence and there is no bill of exceptions in the record the judgment of conviction must be affirmed, as there is nothing for the Supreme Court to consider.

WRIT OF ERROR to the Circuit Court of Gallatin county; the Hon. J. C. EAGLETON, Judge, presiding. ·

WILLIAM DENTON, and JAMES E. DENTON, for plaintiff in error.

OSCAR E. CARLSTROM, Attorney General, JOSEPH L. BARTLEY, State's Attorney, and EDWARD C. FITCH, for the People.

Mr. JUSTICE HEARD delivered the opinion of the court:

In the circuit court of Gallatin county plaintiff in error, Ed Cook, was indicted, tried, convicted and sentenced to a term of eighteen years' imprisonment in the penitentiary for the murder of Thomas Lang, and the record is now before this court for review upon writ of error.

On December 8, 1926, what purported to be a bill of exceptions was by order of this court stricken from the files of this case and no bill of exceptions is now on file herein. The alleged errors relied upon and discussed in plaintiff in error's brief and argument relate only to the admission of evidence, the giving and refusing of instructions and the sufficiency of the evidence. None of these questions can be considered by this court without a bill of exceptions. No error being assigned and argued upon the

record of this case as it exists here, there is nothing for the court to consider. *People* v. *Newcom,* 318 Ill. 188.

The judgment of the circuit court of Gallatin county must be affirmed.